**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

ADAM BALLINGTON LOWE,
    Plaintiff,

        vs.

FRANK BISIGNANO,
Commissioner of Social Security,

    Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No: 5:26-cv-00490-MWC-CTS

[~~PROPOSED~~]
**JUDGMENT**

The Court hereby approves the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged with this Judgment of Remand, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED:  June 12, 2026

_____
HON. CHRISTINA T. SHAY
UNITED STATES MAGISTRATE JUDGE